**Order entered December 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01463-CV

### YAN BENJAMIN WILHELM ASSOUN, Appellant

### V.

### ANAIS AMBER GUSTAFSON (A/K/A ANAIS AMBER ASSOUN) AND JOHN CHARLES GUSTAFSON, JR., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02323-2014**

## ORDER

Before the Court is appellant's December 10, 2015 motion to disqualify Clint Westhoff and Goranson Bain PLLC, as counsel for appellee. Because the facts alleged arose while this matter was pending on appeal, the Court lacks an evidentiary record or findings of fact by the trial court.

The Court, therefore, **ORDERS** as follows:

1. Oral argument currently set for December 15, 2015, is postponed pending further order of the Court;

2. This appeal is **ABATED** pending further order of the Court; and

3. Appellant's motion to disqualify is remanded to the trial court to conduct an evidentiary hearing and enter findings of fact pertaining to the motion.

We instruct the trial court to cause to be filed a supplemental clerk's record containing its findings of fact by January 29, 2016. We leave to the parties to arrange for a supplemental reporter's record. This appeal will be reinstated on January 29, 2016 or when the findings of fact are filed, if filed before January 29, 2016.

/s/    DAVID EVANS
PRESIDING JUSTICE